<table>
<tr><td colspan="2"><strong>Information to identify the case:</strong></td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | **Kristina Kemp** | Social Security number or ITIN   xxx–xx–1699 |
| | First Name    Middle Name    Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   16–33332–JNP | | |

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kristina Kemp

10/12/21

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

District of New Jersey

In re:

Kristina Kemp

     Debtor

Case No. 16-33332-JNP

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1

Date Rcvd: Oct 12, 2021

User: admin

Form ID: 3180W

Page 1 of 3

Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristina Kemp, 244 Back Creek Rd, Woolwich Twp, NJ 08085-5021 |
| cr | + | Bank of America, N.A., c/o Aldridge Pite, LLP, Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 400 Atlanta, GA 30305-1636 |
| 516536971 | + | Atlanticare Regional Medical Center, PO Box 786361, Philadelphia, PA 19178-6361 |
| 518983440 | + | Bank of America, NA, Attn MARINOSCI LAW GROUP, P.C., 100 West Cypress Creek Road, Suite 1045, Fort Lauderdale, FL 33309-2191 |
| 516670393 | + | Woolwich Township Tax Collector, 120 Village Green Drive, Woolwich Township, NJ 08085-3180 |
| 516536984 | + | Woolwich Twp Tax Office, 1200 N. Delsea Drive, Clayton, NJ 08312-1000 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 12 2021 22:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 12 2021 22:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516536972 | + | EDI: BANKAMER.COM | Oct 13 2021 02:03:00 | Bank Of America, Nc4-102-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 516536973 | + | EDI: BANKAMER.COM | Oct 13 2021 02:03:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 516612585 | + | EDI: BANKAMER.COM | Oct 13 2021 02:03:00 | Bank of America, N.A, P.O. Box 31785, Tampa, FL 33631-3785 |
| 516536974 | + | EDI: CAPITALONE.COM | Oct 13 2021 02:03:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516647892 | | EDI: BL-BECKET.COM | Oct 13 2021 02:03:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516634613 | + | Email/Text: bankruptcy@cavps.com | Oct 12 2021 22:06:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516536975 | + | EDI: CITICORP.COM | Oct 13 2021 02:03:00 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516536976 | | EDI: WFNNB.COM | Oct 13 2021 02:03:00 | Comenity Bank/express, PO Box 18215, Columbus, OH 43218 |
| 516686395 | | EDI: Q3G.COM | Oct 13 2021 02:03:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516536977 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 12 2021 22:06:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 516704307 | + | EDI: MID8.COM | Oct 13 2021 02:03:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 12, 2021 | Form ID: 3180W | Total Noticed: 30 |

| | | | |
|---|---|---|---|
| 516743300 | EDI: PRA.COM | Oct 13 2021 02:03:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 516748762 | EDI: PRA.COM | Oct 13 2021 02:03:00 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 516633765 | EDI: Q3G.COM | Oct 13 2021 02:03:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516536978 | + EDI: RMSC.COM | Oct 13 2021 02:03:00 | Synchrony Bank/Banana Republic, Po Box 965064, Orlando, FL 32896-5064 |
| 516536979 | + EDI: RMSC.COM | Oct 13 2021 02:03:00 | Synchrony Bank/Care Credit, Po Box 965064, Orlando, FL 32896-5064 |
| 516536980 | + EDI: RMSC.COM | Oct 13 2021 02:03:00 | Synchrony Bank/Old Navy, Po Box 965064, Orlando, FL 32896-5064 |
| 516734142 | + Email/Text: bncmail@w-legal.com | Oct 12 2021 22:06:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516536981 | + EDI: WTRRNBANK.COM | Oct 13 2021 02:03:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 516536982 | + EDI: CITICORP.COM | Oct 13 2021 02:03:00 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 516651283 | EDI: WFFC.COM | Oct 13 2021 02:03:00 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 516536983 | + EDI: WFFC.COM | Oct 13 2021 02:03:00 | Wffnatbank, Po Box 94498, Las Vegas, NV 89193-4498 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2021                         Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Thomas Archer | on behalf of Debtor Kristina Kemp aarcher@spillerarcherlaw.com<br>bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |

District/off: 0312-1                                     User: admin                                              Page 3 of 3
Date Rcvd: Oct 12, 2021                                 Form ID: 3180W                                       Total Noticed: 30

Brad J. Spiller
                        on behalf of Debtor Kristina Kemp bankruptcy@brennerlawoffice.com
                        aarcher@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com

Denise E. Carlon
                        on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
                        on behalf of Creditor Bank of America  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
                        ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
                        on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Robert P. Saltzman
                        on behalf of Creditor Bank of America  N.A. dnj@pbslaw.org

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8